July 25, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

TOKES ADLEYE, Appellant

NO. 14-17-00237-CV                          V.

MAGARET DRISCAL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 10, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tokes Adleye.

We further order this decision certified below for observance.